Rev. 7/06
CO Hab Corp
AO 241 amd

Page 1

EX-PARTE IN CAMERA UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
"Alien Terrorist Removal Court"

DAWANE A. MALLETT
NAME (Under which you were convicted)

13944-097
PRISON NUMBER

FEDERAL BUREAU OF PRISONS
PLACE OF CONFINEMENT/ADDRESS
United States Penitentiary
PO BOX 8500
FLORENCE, CO. 81226

_____ )
(Full Name)            Petitioner   )
   Real Party in interest          )
DAWANE ARTHUR MALLETT              )   Case: 1:17-cv-01887
           v.                      )   Assigned To : Unassigned
                                   )   Assign. Date : 9/11/2017
UNITED STATES OF AMERICA           )   Description: Habeas/2255 (G-DECK)
                                   )
_____)
(Name of Warden, Superintendent, Jailor, or   )
authorized person having custody of petitioner) )
                    Respondent     )

EX PARTE IN CAMERA
PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA
APPLIED RETROACTIVE TO 9-4-1980
INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. Any false statement of material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

Case 1:17-cv-02591-LTB Document 3 Filed 10/30/17 USDC Colorado Page 2 of 11
Case 1:17-cv-01887-UNA Document 1 Filed 09/11/17 Page 2 of 11

Page 2

4.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

7.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: United States District Court, EASTEARN District of California, 501 I ST STE 4-200, Sacramento, CA 95814

2.  (a) Date of the sentence (or detention): APRIL 2004

3.  Length of sentence: 54 1/2 YEARS

4.  Nature of offense involved (all counts): BURGIURY, FIREARMS

5.  (a) What was your plea? (Check one):
    ☒ Not guilty
    ☐ Guilty
    ☐ Nolo Contendere (no contest)
    ☐ Insanity

2

Page 3

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
☒ Yes
☐ No

7. If your answer to Question 10 was "Yes," give the following information:
(a) (1) Name of Court: District Court, CAliforniA
 (2) Nature of the proceedings: 2255 Motion to Vacate
 (3) Grounds raised: Constitutional, substantial rights violations, Common Law violation
 (4) Did you receive an evidentiary hearing on your petition, application or motion?
  ☐ Yes
  ☒ No
 (5) Result: DENIED
 (6) Date of result: 2009

(b) As to any second petition, application, or motion, give the same information:
 (1) Name of Court: District Court, TEXAS
 (2) Nature of the proceedings: 2255
 (3) Grounds raised: Constitutional, substantial rights violations, Common law violations.
 (4) Did you receive an evidentiary hearing on your petition, application or motion?
  ☐ Yes
  ☒ No
 (5) Result: DENIED

3

Page 4

  (6) Date of result: 2010

(c) As to any third petition, application, or motion, give the same information:
  (1) Name of Court: _____
  (2) Nature of the proceedings: _____

  (3) Grounds raised: _____

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes
    ☐ No
  (5) Result: _____
  (6) Date of result: _____

(d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
  (1) First petition, etc."
    ☐ Yes
    ☐ No
  (2) Second petition, etc.:
    ☐ Yes
    ☐ No
  (3) Third petition, etc.:
    ☐ Yes
    ☐ No

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____

8. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

4

This Claim Shall BE applied RETROACTIVE TO 9-4-1980

Page 5

A. GROUND ONE: Extrajudicial Killing

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: whereas, the United States of America, has knowingly used The "color of law" in acts of extrajudicial killing, by torture of the applicant herein, causing the Sovereign, Dawane Arthur Mallett, to be bound by a political, spiritual, and Economical Question within a democratic form of government, doing so, by trickery, lies, deception, threats, malice, duress and coercion, as purported to United States citizens status under the 14TH Amendment. A Moorish American has Divine Inherent Birthright to Expatriate and Repatriate at Anytime and It Can and Shall BE applied RETROACTIVE TO his Date of Birth and The Civil right act of 1866 Explains Moors were Never citizens of US.

B. ~~GROUND TWO:~~

~~(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:~~ Upon the Court's own initiative quoad hoc, sua sponte, ex necessitate legis, I Dawane Arthur Mallett, alien, hereby attest affirm and acknowledge in law as a matter of natural and and Inherent Birthright by oath of Renunciation, Certificate of Death, warrant for removal, Letter of acceptance or Repatriation, Habeas corpus in Bankruptcy as mandatory removal to ~~[crossed out]~~ The United Kingdom of Great Britain ~~[crossed out]~~ (foreign State) under treaty law in this alien terrorist Removal Courts as, title 8 United States Code Section 1531 et seq. ex parte,

C. ~~GROUND THREE:~~

~~(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:~~ by Kings bench high prerogative Common law writ of Mandamus of course, with venue jurisdiction and authority under Judicial Notice of foreign law to wit: a political Question.

REQUESTED RELIEF: The COURT Shall GRANT This Relief and Immediately DEPORT Dawane Arthur Mallett TO The United Kingdom of GREAT Britain and Ireland, RELEASE From CUSTODY and REMOVED From The Criminal Jurisdiction of The United States RETROACTIVE TO 9-4-1980: THE COURT Shall NOTIFY The EMBASSY of The United Kingdom OF GREAT BRITAIN and IRELAND That A MAJOR President IS BEING Detained at ADX Supermax Illegally:

5

Be So Pleased To Proceed
In The offices; To apply 8-USC-1481 To This Oath of Renunciation and Pledge of Allegiance:

applied Retroactive to 9-4-1980

## Oath OF Renunciation

(a) I, Dawane Arthur Mallett, alien, do hereby renounce and disavow my allegiance to all foreign powers, doing so under no threats and or duress, and or coercion of any kind, doing so on my own free will and voluntarily, whereas, I do hereby absolutely and entirely renounce and disavow any and all allegiance to the United States of America with full intentions to relinquish United States citizenship together with all rights and privileges, and all duties of allegiance and fidelity there unto pertaining, and that I have reached the age of 18.

## Pledge Of Allegiance

(B) I, Dawane Arthur Mallett, sui generis, alien do hereby acknowledge, affirm, and attest that the statements made herein this Oath of Renunciation are true and correct, I Do now freely and voluntarily own my own free will, Pledge my Allegiance to the United Kingdom of Great Britain and Ireland Retroactive To 9-4-1980: Witnessed by the Queen of England Queen Elisabeth:

L.S. Dawane A. Mallett

page 6 A

COURT OF KINGS BENCH
IN and for Los Angeles COUNTY

Chief Justice ie Major President     9-4-1980
POSITION to which appointed     Applied RETROACTIVE

COURT OF KINGS BENCH    SUPREME COURT    Los Angeles
DEPARTMENT OR AGENCY    BUREAU OR DIVISION    PLACE OF EMPLOYMENT

OATH OF OFFICE
appointment affidavit

I, Dawane Arthur Mallett, do Solemnly, SWEAR (OR affirm That:

a. OATH OF OFFICE: RETROACTIVE TO 9-4-1980

I Dawane Arthur Mallett Retroactive to 9-4-1980, Shall Support and Defend The Substantive Law and Substantial rights of all Moorish Americans, Celtic Moors, and all Indigenous People of all of The United Kingdom of Great Britain and Ireland and all of her Ancient Colonies;

That This appointment affidavit is sworn to before The Queen of England and That The Office OF Major president is The Highest Office of England and a Major president Shall Be The acting Head of State; RETROACTIVE TO 9-4-1980

That a Major president is an accredited Diplomatic Agent of The United Kingdom of Great Britain and Ireland: RETROACTIVE TO 9-4-1980

The United Kingdom of Great Britain and Ireland Acknowledges That Dawane Arthur Mallett IS a Major President and Shall Be THE HEAD OF STATE OF THE UNITED KINGDOM OF GREAT Britain and Ireland EFFECTIVE RETROACTIVE TO 9-4-1980

_Dawane Arthur Mallett_      _QUEEN ELISEBETH_
Signature of Major president     U.C.C-3-415
United Kingdom of Great     QUEEN OF ENGland
Britain and Ireland. page 6(B)

2. ~~Claim Two:~~ D. Certificate of Death
RETROACTIVE TO 9-4-1980

~~Supporting Facts:~~ That I, Dawane Arthur Mallett, Real Party in interest, nul tiel corporation, upon consular court's own initiative quoad hoc, do hereby pronounce and declare the Artificial Person, Straw-Man, Corporation, Moral Person, Body Politic, Vessel, "DAWANE ARTHUR MALLETT" DISSOLVED, nunc pro tunc to the date of Birth 9-4-1980, and do hereby make a "suggestion of Death" upon the court record in accordance with FRCP, Rule 25(a)(1) and supreme court Rule 35, and, The Real Party in interest herein Dawane Arthur Mallett, sovereign, authorized representative of deceased does NOT agree to be substituted for the deceased.

✗ THERE IS OF RECORD FILED BY THE CALIFORNIA SECRETARY OF STATE, That "Domestic STOCK Corporation" Titled (DAWANE ARTHUR MALLETT, STANDS DISSOLVED).

I, Dawane Arthur Mallett, sui generis, alien do hereby acknowledge, attest, and affirm that the information and statement made herein this "Certificate of Death" are true correct and certain to the best of my knowledge and belief. Done by my hand before my Lord this ___7___ day of ___4___ in the year of _2011_

Dawane Arthur Mallett: ex-officio
US Penitentiary MAX
PO BOX 8500
Florence, Colo. [81226-8500]

~~(Rev. 1/30/07)~~

a suggestion of Death upon the record in accordance with Rule 25(a)(1) shall apply to The Artificial Person DAWANE ARTHUR MALLETT RETROACTIVE TO 9-4-1980

7

3. ~~Claim Three:~~ Warrant for Removal
~~Supporting Facts:~~ (18-USCS§3049) RETROACTIVE TO 9-4-1980

(a) Federal Rules of Appellate Procedure, Rule 9, shows release in Criminal case, with subdivision (b) Release after Judgment of Conviction in Rule 9 (b)(3) by one of it's Judges, and subdivision (c) is criteria for release in accordance with 18-USCA 3142, 3143.

(b) Rule 23 FRAP (c) shows the Prisoner must be Released on personal recognizance with or without Surety. 18, USCA, 3143, Release of defendant Pending appeal. at subsection (c) release pending appeal by the government under 3731 of title 18 in accordance with 3143 of 18, USC 3244 (1) is exclusive jurisdiction and competence over proceedings seeking to challenge, modify, or set aside Conviction or sentence handed down by a court of such country, and (2) the transfer cause must be heard in the court which would have jurisdiction and Competence if the offender had not been transfered.

(C). 18, USC 3731, appeal by the United States, para, three is remedy by modification of detention or release order. Paragraph **five says:** "The provisions of this section shall be liaberally construed to effectuate it's purpose" 18 USC 3741 (b) is appeal by the government, and (1) if the sentence was imposed in violation of law. 28 USC 2109, Historical and statutory notes are quoted in pertinent part only: SPECIAL PROVISION: CRIMINAL CASES; 2:02-CR-00416-GEB-JFM and 1:05-CR-57-1-RC; Shall BE REMOVED FROM THE VENUE OF THE United STATES and Judgments Shall BE VACATED RETROACTIVE TO 9-4-1980 and Then REPATRIATED with THE BODY OF (Dawane Arthur Mallett) all Substantial Rights Shall BE RESTORED TO The MAJOR president RETROACTIVE TO 9-4-1980

(Rev. 1/30/07)

8

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: _____

   Supporting Facts:

"It includes direct appeals in criminal cases under 3731 of Title 18 (18 H.R. 1600 8TH Congress) See, U.S. V Mersky 80 S.Ct 450 (1960). 18, USC 4107 (a)(b)(1) only the appropriate courts in the United States may modify or set aside the conviction or sentence, and any proceeding seeking such action may only be brought in such courts.

(d) whereas, I do hereby invoke Rule 86, FRCP and Rule 48 Supreme Court Rules in this particular cause of action, where these rules would not be feasible or would work an injustice, in which event the former procedure applies, noting rule 2 FRAP (Suspension of Rules) and chapter 179 of title 28 USC 3901-3908 with section 1296, 1413 (3) and Title 3, USC 454 under the savings clause in Title 3 Historical and statutory notes, Section 2 of the Act, June 25, 1948, prove our Kings Bench has precedence with non-descrimination in ch. 5 of title 3 relative to Title VII, Civil Rights Act of 1964 going to Circa 1866 Citizens Rights Act /(Foreign States) 1731 and 1732 of Title 22 USC AKA 15 Statue at large, a political question 223, 224 as R.S. 1999, 2000, 2001 with non waiver of Justices Jure, 28 USC 1346 (3), 2284, a fortiori at 1581 (c) of Title 28, in Consular Court AKA Court of International Trade at ports other than New York, forum non-conveniens and by President Proclamation Letter Rogatory 28-USC 1781, 1782.

(Rev. 1/30/07)   9

~~Claim Two:~~ (E) RETROACTIVELY RE-Patriated into United Kingdom of Great Britain and IRELand TO 9-4-1980 ~~Supporting Facts:~~ This lex non scripta voluntary deportation is a mandate for Warrant for Removal to the proper venue, The United Kingdom of Great Britain and IRELand ~~(a)~~ In original, peculiar, exclusive jurisdiction to prevent discrimination against our presidential offices at the seat of government, the Commonwealth in our foreign states, a political question of sovereign Immunity and a guaranteed Republic form of government. See IS statue at large, supra, The United Kingdom of Great BRITAIN and IRELand

(F) Whereas, I, Dawane Arthur Mallett, alien, do hereby invoke the following statues (congressional mandates) in this warrant for Removal and Voluntary Deportation where Constitutional guarantees are in issue, 8, USC 1535(e)(2) and 1503 with further verification of Authority at 8 USC 1421(b) exclusive authority of Consular court all STATUES shall BE applied TO RETROACTIVE 9-4-1980 that are Raised within this warrant FOR REMOVAL.
8, USCA 1329 Note 15, Consular non-reviewability
8 USCA 1229(g)(3) exclusive procedure for alien removal
8 USCA 1535 ORDER of exclusion
8 USCA 1535 (c)(2)(B) special Attorney for alien
8 USCA 1536 (a)(3) if a judge denies removal, the alien shall be released from custody
8, USCA 1537 (a)(1)(b) if a judge denies removal, the alien shall be released from custody.
The COURT shall BE SO PLEASED TO PROCEED IN The Offices. TO GRANT This EX-Patriction WRIT TO BE RE-Patriated TO The United Kingdom OF GREAT BRITAIN and IRELand RETROACTIVE TO 9-4-1980

10